THOMAS E. MONTGOMERY, County Counsel
County of San Diego
By KEVIN G. KENNEDY, Senior Deputy (SBN 147287)
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531- 5836

Attorneys for Defendant County of San Diego (erroneously sued as San Diego County Sheriff's Department)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MOURNING,<br><br>      Plaintiff,<br><br>   v.<br><br>COUNTY OF SAN DIEGO, a Governmental entity, SAN DIEGO SHERIFF'S DEPARTMENT, a Public Entity; and DOES 1 through 40, inclusive,<br><br>      Defendants. | No. __'13CV2634 BTM NLS__<br><br>NOTICE OF REMOVAL OF CIVIL ACTION<br><br>[28 U.S.C. §§ 1441, 1446] |

TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

Petitioner/defendant on removal respectfully shows:

1.   Petitioner is a defendant in the above-entitled action, which was commenced on July 25, 2013, in the Superior Court of the State of California, County of San Diego, Central Branch, Case No. 37-2013-00059391-CU-PO-CTL and is now pending therein.

2.   The service status of the defendants named in the caption is as follows:

| NAME | DATES OF SERVICE |
|---|---|
| San Diego County | Not Served |
| San Diego County Sheriff Department | Not a public entity subject to service of process |

...

3. Unserved defendant San Diego County consent to removal.

4. The case as alleged in plaintiff's complaint is removable pursuant to 28 United States Code section 1441, in that it alleges liability arising under the Constitution and laws of the United States, specifically 42 United States Code sections 1981, 1983, 1985, and 1986, and Title VI of the Civil Rights Act of 1964, and First, Fourth, Fifth, and Fourteenth Amendments to the United States Constitution.

5. Petitioner/Defendant files herewith, as set forth in Exhibit A, copies of all process and pleadings received by him in the foregoing Superior Court action, which is now removed to this Court.

DATED: October 31, 2013      THOMAS E. MONTGOMERY, County Counsel

By /s:/Kevin G. Kennedy
      KEVIN G. KENNEDY, Senior Deputy
Attorneys for Defendant County of San Diego
(erroneously sued as San Diego County Sheriff's Department)